# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CARLOS AVALOS-DIAZ (2),<br><br>                    Defendant. | CASE NO. 10CR2307-BEN<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in case #10CR3208-BEN against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) as charged in Information:

        21 USC 952 AND 960 - Importation of Cocaine

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 9/6/11

                                        _____
                                        BERNARD G. SKOMAL
                                        UNITED STATES MAGISTRATE JUDGE